# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE & CLAUS INC., <br>     Plaintiff(s), <br> v. <br> IMRAN RAHMAN, <br>     Defendant(s). | Case No. 2:21-cv-01837-RFB-NJK <br><br> **ORDER** <br><br> [Docket No. 16] |

    Pending before the Court is Plaintiff's motion for leave to amend. Docket No. 16. Defendant has not filed a response. For good cause shown, the unopposed motion is GRANTED. Plaintiff must promptly file and serve the Amended Complaint. Local Rule 15-1(b).

    IT IS SO ORDERED.

    Dated: May 3, 2022

                                                Nancy J. Koppe <br>
                                               United States Magistrate Judge