Brooke A. Bohlke
Nevada Bar No. 9374
Tayler D. Martinez
Nevada Bar No. 14921
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
bbohlke@wshblaw.com
tmartinez@wshblaw.com

Attorneys for Defendants, Imran Rahman and Instant Profits Media, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE & CLAUS INC., a Nevada Corporation,<br><br>            Plaintiff,<br>   v.<br><br>IMRAN RAHMAN, an individual and INSTANT PROFITS MEDIA, LLC, a Nevada entity,<br><br>            Defendant. | Case No.   2:21-cv-01837-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date:           None Set |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED:  August 5, 2022             FISHERBROYLES, LLP

By  /s/  Adam K. Yowell
ADAM K. YOWELL
Nevada Bar No. 11748

*Attorneys for Plaintiff, Bonnie & Claus, Inc.*

DATED:  August 5, 2022             WOOD, SMITH, HENNING & BERMAN LLP

By:  /s/  Brooke A. Bohlke
BROOKE A. BOHLKE
Nevada Bar No. 9374
TAYLER D. MARTINEZ
Nevada Bar No. 14921

*Attorneys for Defendants, Imran Rahman and Instant Profits Media, LLC.*

### **ORDER**

IT IS SO ORDERED.

DATED, this 5th day of August, 2022

_____
**UNITED STATES DISTRICT COURT JUDGE**

RESPECTFULLY SUBMITTED BY:

WOOD, SMITH, HENNING & BERMAN LLP

    /s/  *Brooke A. Bohlke*
_____
BROOKE A. BOHLKE
Nevada Bar No. 9374
TAYLER D. MARTINEZ
Nevada Bar No. 14921

*Attorneys for Defendants,*
*Imran Rahman and Instant Profits Media, LLC*

# Raeann M. Todd

| | |
|---|---|
| **From:** | Brooke A. Bohlke |
| **Sent:** | Friday, August 5, 2022 9:38 AM |
| **To:** | Adam Yowell; David Makous |
| **Cc:** | Raeann M. Todd; Larry Schmadeka |
| **Subject:** | BONNIE v. RAHMAN  [External Sender]Stip and Order for Dismissal with Prejudice.v2.DOCX |

Everything is approved.  We will use your e-signature and file today.

**Brooke A. Bohlke**
Partner
**WOOD SMITH HENNING & BERMAN LLP**

A 2881 Business Park Court, Suite 200, Las Vegas, NV 89128-9020
D 702.251.4127  M 702.241.6225
E bbohlke@wshblaw.com  W www.wshblaw.com

Personal Bio · Facebook · LinkedIn · Twitter

---

**From:** Adam Yowell <Adam.Yowell@FisherBroyles.com>
**Sent:** Friday, August 5, 2022 9:19 AM
**To:** Brooke A. Bohlke <BBohlke@wshblaw.com>; David Makous <David.Makous@FisherBroyles.com>
**Cc:** Raeann M. Todd <RTodd@wshblaw.com>; Larry Schmadeka <Larry.Schmadeka@FisherBroyles.com>
**Subject:** [EXTERNAL] RE: [External Sender]Stip and Order for Dismissal with Prejudice.v2.DOCX

Brooke,

I would prefer the attached language. I don't expect it to be objectionable but let me know.

Adam

**Adam Yowell**
Partner
_____

**FisherBroyles, LLP**
530 Lytton Avenue, Second Floor | Palo Alto, CA 94301 | USA
direct: +1.775.230.7364
adam.yowell@fisherbroyles.com

www.fisherbroyles.com

**From:** Brooke A. Bohlke <BBohlke@wshblaw.com>
**Sent:** Thursday, August 4, 2022 9:39 AM
**To:** Adam Yowell <Adam.Yowell@FisherBroyles.com>
**Cc:** Raeann M. Todd <RTodd@wshblaw.com>
**Subject:** [External Sender]Stip and Order for Dismissal with Prejudice.v2.DOCX

Hi-

Please let me know if we have your permission to use your e-signature and file the stipulation to dismiss.

Thank you.



**Brooke A. Bohlke**
Partner

A 2881 Business Park Court, Suite 200, Las Vegas, NV 89128-9020
D 702.251.4127  M 702.241.6225
E bbohlke@wshblaw.com  W www.wshblaw.com

Personal Bio · Facebook · LinkedIn · Twitter

WSHB CONFIDENTIALITY NOTICE: This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you receive this transmission in error, please notify the sender by reply email and delete this message and any attachments.